# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COHAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>JOHN SMITH, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00531-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 5] |

　　　　Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 5. Plaintiff failed to respond to Question 5; therefore, his application is incomplete. *See id.* at 2. Accordingly, the Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis* without prejudice. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application responding to every question provided on the application.

　　　　No later than **September 21, 2021,** Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a **signed and dated, accurate** application to proceed *in forma pauperis*. The Clerk of the Court shall send Plaintiff a blank application form. **Failure to timely comply with this order may result in a recommendation to the District Judge that this case be dismissed without prejudice.**

　　　　IT IS SO ORDERED.

　　　　Dated: August 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1