UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. COHAN,<br><br>    Plaintiff<br><br>v.<br><br>JOHN SMITH and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendants | Case No.: 2:21-cv-00531-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 9] |

On December 7, 2021, Magistrate Judge Koppe recommended that I dismiss plaintiff James Cohan's case because he did not pay the filing fee or file an application for leave to proceed in forma pauperis by the court-ordered deadline. ECF No. 9.  Cohan did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 9) is accepted.  Plaintiff James Cohan's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 6th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE